

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

James Hadrian Klinkner - #197236

CV 10 80 181 MISC

VRW

### ORDER TO SHOW CAUSE

It appearing that James Hadrian Klinkner has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective July 2, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before August 27, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

James Hadrian Klinkner
1520 Ramona Way
Alamo, CA 94507