**FILED**

NOV 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                         No CV 10 80181 MISC VRW

James Hadrian Klinkner,
                                          ORDER
    State Bar No 197236
_____/

On July 20, 2010, the court issued an order to show cause (OSC) why James Hadrian Klinkner should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective July 2, 2010.

The OSC was mailed to Mr Klinkner's address of record with the State Bar on July 21, 2010, and returned as unclaimed. A written response was due on or before August 27, 2010. No response to the OSC has been filed as of this date.

The court now orders James Hadrian Klinkner removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

James Hadrian Klinkner

Case Number: CV10-80181   VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Hadrian Klinkner
1520 Ramona Way
Alamo, CA 94507

Dated: November 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*